UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JON WILLIAMS and CAROL WILLIAMS,

    Plaintiffs,

v.                                       Case No: 8:23-cv-911-CEH-SPF

HOLIDAY CVS, LLC,

    Defendant.

## ORDER

This cause comes before the Court on Plaintiffs Carol Williams and Jon Williams' Motion to Remand to State Court (Doc. 12) and the Parties' Joint Stipulation to Remand Removed Action to State Court (Doc. 18).

Plaintiff originally filed this action in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, on April 4, 2023 (Doc. 1-1). On April 26, 2023, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446 (Doc. 1). Plaintiff's Motion to Remand argues that the amount in controversy in this action does not meet the required threshold for federal diversity jurisdiction. *See* Doc. 12. Defendants initially responded in opposition, submitting that they had provided sufficient evidence that the amount in controversy exceeded $75,000. *See* Doc. 14. Subsequently, however, the Parties filed a joint stipulation to remand this action to state court, indicating that neither party opposed remand. Doc. 18.

Accordingly, it is **ORDERED**:

1. Plaintiffs Jon Williams and Carol Williams' Motion to Remand to State Court (Doc. 12) is **GRANTED**.

2. This action is **REMANDED** to the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

3. The Clerk is directed to send a certified copy of this order to the Clerk of the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida.

4. The Clerk is further directed to terminate all pending motions and deadlines and to **CLOSE** to this case.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties